IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIRST NATIONAL OF NEBRASKA, and FIRST NATIONAL BANK OF OMAHA, | ) ) ) ) | 8:06CV504 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER OF DISMISSAL |
| JOHN DOES 1-5, | ) ) | |
| Defendants. | ) ) ) | |

The matter before the court is the plaintiffs' notice of dismissal without prejudice. Filing No. 8. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiffs' cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 21st day of September, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge